IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT NATHAN HENSLEY**                                          **PLAINTIFF**
**Reg. #31650-009**

v.                       No: 4:22-cv-00879-JM

**UNITED STATES DEPARTMENT OF JUSTICE**           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 25th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge